# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| ROBERT ROGERS AND DEPHINE MICHELLE LEWIS, individually and on behalf of all others similarly situated,<br><br>  *Plaintiffs*,<br><br>v.<br><br>KOINKLIJKE PHILIPS N.V., PHILIPS NORTH AMERICA, LLC, and PHILIPS RS NORTH AMERICA, LLC,<br><br>  *Defendants*. | Civil Action No. 7:21-cv-00111 |

## DEFENDANTS PHILIPS NORTH AMERICA LLC'S AND PHILIPS RS NORTH AMERICA LLC'S MOTION TO STAY PROCEEDINGS PENDING A DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION ON A MOTION TO TRANSFER

Defendants Philips North America LLC and Philips RS North America LLC (together "Philips"), through their undersigned counsel, respectfully move to stay all proceedings in this action, including the filing of answers, motions to dismiss, initial filings under the local rules, and other responsive pleadings by all parties, until the Judicial Panel on Multidistrict Litigation ("JPML") issues a decision on the Motion for Transfer and Coordination or Consolidation filed on July 7, 2021, in *In re: Philips Recalled CPAP, Bi-Level PAP, and Ventilator Litigation*, MDL No. 3014 (J.P.M.L. filed July 7, 2021) (ECF No. 1-1) (the "MDL Motion") and issues a

1

scheduling order for proceedings in a consolidated MDL action.[1]  In support, Philips relies on the attached memorandum of law.  In accordance with Local Standard of Practice 8, counsel has conferred with opposing counsel who indicated they do not oppose this Motion.[2]

*[Signature Page Follows]*

---

[1] If the JPML issues an order denying the MDL Motion, Philips respectfully requests 60 days from the date of that order to answer or move to dismiss the Complaint or any superseding Complaint in this action.

[2] Plaintiffs' counsel indicated that Plaintiffs do not oppose a stay of proceedings, but out of an abundance of caution, Plaintiffs inform the Court that they intend to file an Amended Complaint and also a Waiver of Summons as to Defendant Koninklijke Philips N.V., which should not be precluded by any order staying further proceedings on the merits.

Dated: September 14, 2021

Respectfully submitted,

OF COUNSEL:

John P. Lavelle, Jr.
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Telephone:  +1.215.963.5000
Facsimile:   +1.215-963-5001
*John.Lavelle@morganlewis.com*

*/s/ Thomas J. Mazziotti*
Thomas J. Mazziotti
Georgia Bar No. 479893

**HALL, BOOTH, SMITH P.C.**
191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
TMazziotti@hallboothsmith.com
T: 404.954.5000
F: 404.954.5020

*Attorney for Defendants Philips North America LLC and Philips RS North America LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2021, the foregoing document was electronically filed with the Clerk of the Court and served upon counsel of record through the Court's ECF filing system.

Respectfully submitted,

*/s/ Thomas J. Mazziotti*
Thomas J. Mazziotti

**Hall Booth Smith PC**
191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
TMazziotti@hallboothsmith.com
T: 404.954.5000
F: 404.954.5020